# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF IDAHO

| IN RE: | Case No. 21-00089-NGH |
|---|---|
| ANDREW CARLOS BEATTIE, | |
| Debtor. | Chapter 7 |

## ORDER

On November 2, 2021, the Court entered an "Order Allowing Trustee's Final Report and Directing Distribution" in this case. Doc. No. 24. That order was entered in error. As such,

IT IS HEREBY ORDERED that the order approving distribution, Doc. No. 24, is RESCINDED.

DATED: November 2, 2021

_____
NOAH G. HILLEN
U.S. Bankruptcy Judge

ORDER - 1